IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CRAIG VAN-ALDO SMITH, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:04-CV-117 (HL) |
| AL JONES, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 4) filed October 21, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 14th day of November, 2005.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court